UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY SCHOONOVER,

    Plaintiff,                                            CASE NO. 8:11-cv-00248-VMC-TGW

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

DANNY SCHOONOVER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CAPITAL MANAGEMENT SERVICES, L.P (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: _/s/ Shireen Hormozdi_____
Shireen Hormozdi, Esq.
FBN: 882461
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
shormozdi@consumerlawcenter.com
*Attorney for Plaintiff*